# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2010

141396

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re PARTEE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
         Petitioner-Appellee,

v

                                      SC: 141396
                                      COA: 295184
                                      Oakland CC Family Division:
                                      09-761688-NA

ALEDA SALDANA,
         Respondent-Appellant.

_____/

     On order of the Court, the application for leave to appeal the June 17, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2010

_____
Clerk

s0803